# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149966 & (19)(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 149966
                                          COA: 322640

EDWARD PINKNEY,
               Defendant-Appellant.
                                          Berrien CC: 2014-001528-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 6, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay the proceedings is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2014



Clerk

s0916